STATE

v.

Thomas FIRTH.

No. 77–373–C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John F. Cicilline, Providence, for defendant.

ORDER

The defendant's motion to supplement his brief as prayed is granted. Defendant's motion for bail pending appeal is denied.

■

CAMP REALTY CO., INC.

v.

Peter SWAJIAN.

No. 80–74–A.

Supreme Court of Rhode Island.

April 3, 1980.

Gladstone & Zarlenga, B. Lucius Zarlenga, Providence, for plaintiff.

Letts, Quinn & Licht, Richard A. Licht, Providence, for defendant.

ORDER

The plaintiff's motion to remand this case to the Superior Court for hearing on a motion to dismiss is denied without prejudice to plaintiff's right to file its dismissal motion with this court.

■

Lambert L. LIND

v.

William H. McSOLEY, Jr. et al.

No. 78–393–A.

Supreme Court of Rhode Island.

April 3, 1980.

Adolph N. Anderson, Jr., Providence, for plaintiff.

William H. McSoley, Jr., pro se.

Letts, Quinn & Licht, Daniel J. Murray, Robert N. Huseby, Sr., Providence, Petrarca & McGair, Joseph J. McGair, Warwick, for defendants.

ORDER

The motion for speedy hearing is granted. This case is assigned to the calendar for Tuesday, April 8, 1980 for oral argument.